US00D325291S

# United States Patent [19]

## Hatfield

| | |
|---|---|
| [11] | Patent Number: **Des. 325,291** |
| [45] | Date of Patent: **\*\* Apr. 14, 1992** |

[54] **SHOE UPPER**

[75] Inventor: **Tinker Hatfield**, Portland, Oreg.

[73] Assignees: **Nike, Inc.; Nike International Ltd.**, both of Beaverton, Oreg.

[\*\*] Term: **14 Years**

[21] Appl. No.: **688,333**

[22] Filed: **Apr. 22, 1991**

[52] U.S. Cl. ...................................... **D2/314**; D2/312

[58] Field of Search ................ D2/264, 265, 272, 275, D2/308–314; 36/45, 83, 84, 89, 101–106, 112–114, 132, 136

[56]     **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 273,340 | 4/1984 | Gamm | D2/310 |
| D. 291,144 | 8/1987 | Tong | D2/314 |
| D. 292,241 | 10/1987 | Selbiger | D2/312 X |
| D. 294,193 | 2/1988 | Brown . | |
| D. 316,928 | 5/1991 | Rogers | D2/314 |

### OTHER PUBLICATIONS

Nike Fall 1988 Catalog, p. 66.
Nike Spring 1989 Catalog, pp. 36 and 62.

Nike Fall 1989 Catalog, pp. 4 and 84.
Nike Spring 1990 Catalog, p. 22.
Nike Fall 1991 Catalog, pp. 32 and 60.

*Primary Examiner*—Louis S. Zarfas
*Attorney, Agent, or Firm*—Banner, Birch, McKie & Beckett

[57]        **CLAIM**

The ornamental design for a shoe upper, as shown and described.

### DESCRIPTION

FIG. 1 is a side elevational view of one side of a shoe upper showing my new design;
FIG. 2 is a side elevational view of the other side of the shoe upper shown in FIG. 1;
FIG. 3 is a front elevational view of the shoe upper shown in FIG. 1;
FIG. 4 is a rear elevational view of the shoe upper shown in FIG. 1;
FIG. 5 is a top plan view of the shoe upper shown in FIG. 1; and,
FIG. 6 is a cross-sectional view taken along the line 6—6 of FIG. 1.
The broken line showing of a shoe sole in FIGS. 1–4 and 6 is for illustrative purposes only and forms no part of the claimed design.



Case 2:08-cv-01894-RGK-JC   Document 1-2   Filed 03/20/08   Page 2 of 23   Page ID #:6



*FIG. 1*

EXHIBIT A PAGE 20

Case 2:08-cv-01894-RGK-JC   Document 1-2   Filed 03/20/08   Page 3 of 23   Page ID #:7



FIG. 2

EXHIBIT A PAGE 21

**U.S. Patent**          Apr. 14, 1992          Sheet 3 of 5          **Des. 325,291**



*FIG. 4*



*FIG. 3*



*FIG. 5*

Case 2:08-cv-01894-RGK-JC   Document 1-2   Filed 03/20/08   Page 6 of 23   Page ID #:10

# FIG. 6



US00D371898S

# United States Patent [19]

## Hatfield

[11] **Patent Number:** Des. 371,898

[45] **Date of Patent:** **Jul. 23, 1996

[54] **SHOE UPPER**

[75] Inventor: **Tinker L. Hatfield**, Portland, Oreg.

[73] Assignee: **Nike, Inc.**, Beaverton, Oreg.

[**] Term: **14 Years**

[21] Appl. No.: **40,371**

[22] Filed: **Jun. 16, 1995**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 32,079, Dec. 2, 1994, Pat. No. Des. 361,885.

[52] **U.S. Cl.** ................................. **D2/970;** D2/912

[58] **Field of Search** ........................... D2/969, 970, 902, D2/907, 912, 910; 36/45, 50.1, 83, 84, 113, 114, 132, 89, 88

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 324,129 | 2/1992 | Hatfield | D2/970 |
| D. 325,287 | 4/1992 | Strauss . | |
| D. 339,449 | 9/1993 | Hatfield . | |
| D. 342,148 | 12/1993 | Dahlsten | D2/969 |
| D. 345,246 | 3/1994 | Greene . | |
| D. 346,272 | 4/1994 | Cessor | D2/970 |
| D. 346,899 | 5/1994 | Hatfield | D2/970 |
| D. 347,109 | 5/1994 | Avar | D2/970 |
| D. 347,317 | 5/1994 | Avar | D2/970 |
| D. 347,519 | 6/1994 | Worthington | D2/970 |
| D. 347,938 | 6/1994 | Smith | D2/970 |
| D. 349,396 | 8/1994 | Hatfield | D2/970 |
| D. 349,807 | 8/1994 | Hatfield et al. | D2/970 |
| D. 351,058 | 10/1994 | Hatfield et al. | D2/969 |
| D. 351,275 | 10/1994 | Hatfield et al. | D2/970 |
| D. 354,163 | 1/1995 | Hatfield | D2/970 |
| D. 354,391 | 1/1995 | Hatfield et al. | D2/970 |
| D. 361,884 | 9/1995 | Lozano | D2/970 |
| D. 361,885 | 9/1995 | Hatfield | D2/970 |
| D. 362,333 | 9/1995 | Teague | D2/969 |
| D. 364,729 | 12/1995 | Teague | D2/970 |

#### OTHER PUBLICATIONS

Nike Fall 1991 Catalog, published Dec. 1990, p. 32.
Nike Fall 1990 Catalog, published Dec. 1989, p. 30.
Nike Spring 1990 Catalog, published Jun. 1989, p. 22.
Nike Spring 1994 Catalog, published Jun. 1993, p. 22.
Nike Fall 1993 Catalog, published Dec. 1992, p. 20.
Nike Spring 1992 Catalog, published May 1991, p. 30.
Nike Fall 1992 Catalog, published Dec. 1991, p. 22.

*Primary Examiner*—Doris V. Coles
*Attorney, Agent, or Firm*—Banner & Allegretti, Ltd.

[57] **CLAIM**

The ornamental design for a shoe upper, as shown and described.

**DESCRIPTION**

FIG. 1 is a side elevational view of a shoe upper showing my new design;
FIG. 2 is a side elevational view of the other side thereof;
FIG. 3 is a front elevational view thereof;
FIG. 4 is a rear elevational view thereof; and,
FIG. 5 is a top plan view thereof.
The broken line showing of a shoe sole in FIGS. 1–5 is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





**U.S. Patent**          Jul. 23, 1996          Sheet 1 of 3          **Des. 371,898**



FIG. 1



FIG.2

**U.S. Patent**          Jul. 23, 1996          Sheet 2 of 3          **Des. 371,898**



FIG. 3



FIG. 4

**U.S. Patent**          Jul. 23, 1996          Sheet 3 of 3          **Des. 371,898**



# FIG. 5

EXHIBIT *B* PAGE *28*

US00D380082S

# United States Patent [19]

## Hatfield

[11] Patent Number: **Des. 380,082**

[45] Date of Patent: **\*\*Jun. 24, 1997**

[54] **SIDE ELEMENT OF A SHOE UPPER**

[75] Inventor: **Tinker L. Hatfield**, Portland, Oreg.

[73] Assignee: **Nike, Inc.**, Beaverton, Oreg.

[\*\*] Term: **14 Years**

[21] Appl. No.: **55,183**

[22] Filed: **May 31, 1996**

[51] LOC (6) Cl. ............................................ **02-04**

[52] U.S. Cl. ............................................... **D2/972**

[58] Field of Search ............................ D2/902, 907, 946, D2/969, 972; 24/713.2, 713.3, 713.4, 713.6, 714.6; 36/45, 48, 56, 50.1, 114, 129

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 326,352 | 5/1992 | Feller et al. . | |
| D. 333,553 | 3/1993 | Bevier . | |
| D. 348,560 | 7/1994 | McDonald | D2/969 |
| D. 348,978 | 7/1994 | Avar . | |
| D. 354,163 | 1/1995 | Hatfield . | |
| D. 365,197 | 12/1995 | Hatfield . | |
| D. 370,118 | 5/1996 | Avar | D2/969 |
| D. 371,898 | 7/1996 | Hatfield . | |
| D. 377,261 | 1/1997 | Avar | D2/972 |

### OTHER PUBLICATIONS

Nike Footwear Catalog, Spring 1996, p. 85 (published Jun. 1995).

Nike Footwear Catalog, Sprng 1995, p. 23 (published Jun. 1994).

*Primary Examiner*—Dominic Simone
*Attorney, Agent, or Firm*—Banner & Witcoff, Ltd.

[57] **CLAIM**

The ornamental design for a side element of a shoe upper, as shown and described.

### DESCRIPTION

FIG. 1 is a side elevational view of a side element of a shoe upper showing my new design;

FIG. 2 is a front elevational view thereof;

FIG. 3 is a rear view thereof; and,

FIG. 4 is a top plan view thereof.

The broken line showing of a shoe sole and the remaining portion of the upper shown in FIGS. 1–4 is for illustrative purposes only and forms no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



EXHIBIT C PAGE 19

**U.S. Patent**          Jun. 24, 1997          Sheet 1 of 2          **Des. 380,082**



FIG. 1



FIG. 2

EXHIBIT C PAGE 20



FIG. 3



FIG. 4

EXHIBIT C PAGE 31

US00D387591S

# United States Patent [19]

## Hatfield et al.

| [11] | Patent Number: | Des. 387,591 |
|---|---|---|
| [45] | Date of Patent: | **Dec. 16, 1997 |

[54] **SIDE ELEMENT OF A SHOE UPPER**

[75] Inventors: **Tinker L. Hatfield**, Portland; **Mark J. Smith**, Beaverton, both of Oreg.

[73] Assignee: **Nike, Inc.**, Beaverton, Oreg.

[**] Term: **14 Years**

[21] Appl. No.: **66,351**

[22] Filed: **Feb. 11, 1997**

[51] LOC (6) Cl. .................................... **02-99**
[52] U.S. Cl. ........................................ **D2/972**
[58] Field of Search ................ D2/902, 907, 908, D2/943, 944, 946, 972, 973, 935, 961, 937; 361/83, 84, 114, 45, 48, 50.1, 3 A; D6/596, 603–605, 381

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 108,622 | 3/1938 | Johnson ............................ | D6/604 |
| D. 187,638 | 4/1960 | Kelley ............................. | D6/604 |
| D. 225,800 | 1/1973 | Fisher ............................. | D6/334 |
| D. 297,588 | 9/1988 | Gerber et al. . | |
| D. 299,886 | 2/1989 | Brown et al. . | |
| D. 300,782 | 4/1989 | Brown et al. . | |
| D. 301,387 | 6/1989 | Diaz et al. . | |
| D. 335,389 | 5/1993 | Hatfield et al. . | |
| D. 336,148 | 6/1993 | Adams . | |
| D. 345,249 | 3/1994 | Sell, Jr. ........................... | D2/961 |
| D. 347,109 | 5/1994 | Avar . | |
| D. 364,034 | 11/1995 | Lee et al. ......................... | D2/961 |
| D. 376,720 | 12/1996 | Thode et al. ...................... | D6/603 |

| | | | |
|---|---|---|---|
| D. 382,101 | 8/1997 | Teague . | |
| D. 382,993 | 9/1997 | Clegg et al. ...................... | D2/972 |
| 4,563,785 | 1/1986 | Samelson ......................... | D6/596 X |

### OTHER PUBLICATIONS

Nike Fall 1997 Footwear Catalog, pp. 146, 147, 148, 169, published Dec. 1996.
Nike Late Spring 1997 Footwear Catalog, pp. 11, 77, 158, published Sep. 1996.
Nike Fall 1989 Footwear Catalog, p. 58, published Dec. 1988.

*Primary Examiner*—Dominic Simone
*Attorney, Agent, or Firm*—Banner & Witcoff, Ltd.

[57] **CLAIM**

The ornamental design for a side element of a shoe upper, as shown and described.

## DESCRIPTION

FIG. 1 is a side elevational view of a shoe upper showing our new design;
FIG. 2 is a top plan view of the side element of a shoe upper shown in FIG. 1;
FIG. 3 is a front elevational view of the side element of a shoe upper shown in FIG. 1; and,
FIG. 4 is a rear elevational view of the side element of a shoe upper shown in FIG. 1.
The broken line showing of the remainder of the shoe is for illustration purposes only and forms no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



**U.S. Patent**          Dec. 16, 1997          Sheet 1 of 2          **Des. 387,591**



FIG. 1



FIG. 2



FIG. 3



FIG. 4

US00D387850S

# United States Patent [19]

## Hatfield et al.

[11]   Patent Number:   **Des. 387,850**

[45]   Date of Patent:   **∗∗Dec. 16, 1997**

[54]   **SIDE ELEMENT OF A SHOE UPPER**

[75]   Inventors:   **Tinker L. Hatfield**, Portland; **Mark J. Smith**, Beaverton, both of Oreg.

[73]   Assignee:   **Nike, Inc.**, Beaverton, Oreg.

[∗∗]   Term:   **14 Years**

[21]   Appl. No.: **66,354**

[22]   Filed:   **Feb. 11, 1997**

[51]   LOC (6) Cl. ............................................ **02-99**
[52]   U.S. Cl. ............................................ **D2/972**
[58]   Field of Search ........................... D2/902, 907, 908,
D2/943, 944, 946, 972, 973, 935, 961,
937; 361/83, 84, 114, 48, 50.1, 3 A, 45;
D6/596, 603–605, 381

[56]   **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D. 108,622 | 3/1938 | Johnson | D6/604 |
| D. 187,638 | 4/1960 | Kelley | D6/604 |
| D. 225,800 | 1/1973 | Fisher | D6/334 |
| D. 297,588 | 9/1988 | Gerber et al. . | |
| D. 299,886 | 2/1989 | Brown et al. . | |
| D. 300,782 | 4/1989 | Brown et al. . | |
| D. 301,387 | 6/1989 | Diaz et al. . | |
| D. 335,389 | 5/1993 | Hatfield et al . | |
| D. 336,148 | 6/1993 | Adams . | |
| D. 345,249 | 3/1994 | Sell, Jr. | D2/961 |
| D. 347,109 | 5/1994 | Avar . | |
| D. 364,034 | 11/1995 | Lee et al. | D2/961 |
| D. 376,720 | 12/1996 | Thode et al. | D6/603 |

| | | | |
|---|---|---|---|
| D. 382,101 | 8/1997 | Teague . | |
| D. 382,993 | 9/1997 | Clegg et al. | D2/972 |
| 4,563,785 | 1/1986 | Samielson | D6/596 X |

### OTHER PUBLICATIONS

Nike Fall 1997 Footwear Catalog, pp. 146, 147, 148, 169, published Dec. 1996.
Nike Late Spring 1997 Footwear Catalog, pp. 11, 77, 158, published Sep. 1996.
Nike Fall 1989 Footwear Catalog, p. 58, published Dec. 1988.

*Primary Examiner*—Dominic Simone
*Attorney, Agent, or Firm*—Banner & Witcoff, Ltd.

[57]   **CLAIM**

The ornamental design for a side element of a shoe upper, as shown and described.

**DESCRIPTION**

FIG. 1 is a side elevational view of a side element of a shoe upper showing our new design;
FIG. 2 is a top plan view of the side element of a shoe upper shown in FIG. 1;
FIG. 3 is a front elevational view of the side element of a shoe upper shown in FIG. 1; and,
FIG. 4 is a rear elevational view of the side element of a shoe upper shown in FIG. 1.
The broken line showing of the remainder of the shoe is for illustration purposes only and forms no part of the claimed design.

**1 Claim, 2 Drawing Sheets**



**U.S. Patent**          Dec. 16, 1997          Sheet 1 of 2          **Des. 387,850**



FIG. 1



FIG. 2

**U.S. Patent**          Dec. 16, 1997          Sheet 2 of 2          **Des. 387,850**



FIG. 3



FIG. 4

gourmet not for nothing supreme jordan - eBay (item 320220296729 end time Feb-25-08 ...   Page 1 of 3


Sign in or register

Search | Advanced Search    **Buy**   **Sell**   **My eBay**   **Community**   **Help**

Site Map

**Categories ▼**   **Motors**   **Express**   **Stores**

eBay Security & Resolution Center

🔙 Back to list of items      Listed in category: Clothing, Shoes & Accessories > Men's Shoes

# gourmet not for nothing supreme jordan

Item number: 320220296729

**Seller of this item?** Sign in for your status

**Watch this item** in My eBay



View larger picture

| | |
|---|---|
| Starting bid: | **US $50.00** |
| Your maximum bid: | **US $** |
| | (Enter US $50.00 or more) |
| End time: | **Feb-25-08 15:19:50 PST** (3 days 6 hours) |
| Shipping costs: | **US $15.00** |
| | US Postal Service Priority Mail® |
| | Service to United States |
| Ships to: | United States |
| Item location: | brooklyn, NY, United States |
| History: | 0 bids |

**Place Bid >**

You can also:      Watch This Item

Get mobile or IM alerts | Email to a friend

**Listing and payment details:**   Show

# Description

*Item Specifics - Men's Shoes*
US Size:      **9.5**                                    Main Color:      --
Width:        **--**
Condition:    **New: In Box**

here you got a pair of size 9.5 gourmet not for nothing jordan 11 inspired sneakers. this sneakers are brand new been tryed on only thing box has some damage

Select a picture

EXHIBIT *F*   PAGE *38*





Gourmet Apparels Footwear Cease Desisto                    Page 1 of 2



Home | Shopping Cart

**Products**

New Arrivals

Nike Air Force & Classic

Nike Air Max Series

Nike Jordan Lines

Nike Signature Series

Nike Shox Series

Nike Athletics

Sneaker Freaker

Supra

JB Classics

Greedy Genius

Keep

Gourmet

K1X

Gravis

Shmack

Pro-Keds

Heyday

UndrCrwn

Vans

Adidas

Reebok

Converse

Puma

Timberland Boots

Jordan Apparels

The Sneaktip Apparels

Bobby Fresh Apparels

Raza Apparels

**Payment Methods**

Paypal

Money Order

**Services**

FAQ

Sizing Info

Shipping Info

Corporate Info

Return / Exchange

**Buy 2 Items to Get Free Ground Shipping!!**
(USA Domestic Customers Only, PO Box & APO addresses excluded)

**Gourmet**



Gourmet Desisto (AJ11 - grey)
**Sale Price $149.99**



Gourmet Desisto (AJ11 - navy)
**Sale Price $149.99**



Gourmet Cease (AJ7 - olive green)
**Sale Price $149.99**



Gourmet Cease (AJ7 - black)
**Sale Price $149.99**



EXHIBIT F PAGE 41