COURTESY COPY

FILED
CLERK, U.S. DISTRICT COURT

JUN 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| NIKE, INC., an Oregon corporation, | Case No. CV-08-01894 RGK (JCx) |
| Plaintiff, | Judge R. Gary Klausner |
| vs. | Jury Trial Demanded |
| NOT FOR NOTH'N LLC, aka GOURMET, a California corporation, | |
| Defendant. | |

### CONSENT JUDGMENT

This matter is before the Court on the stipulated motion of Plaintiff, Nike, Inc. ("NIKE"), for entry of a Consent Judgment and Permanent Injunction. NIKE and Defendant, Not For Noth'N LLC ("NFN"), having agreed to a compromise and settlement of this action,

IT IS HEREBY ORDERED WITH CONSENT OF NIKE AND NFN:

1.    The Court has jurisdiction over NIKE and NFN and the subject matter of the dispute between them;

2.    NFN acknowledges NIKE's ownership and standing to sue for infringement of United States Patent Nos. D371,898; D380,082; D387,591; and D387,850 ("NIKE Design Patents");

3.    NFN acknowledges NIKE's ownership and standing to sue for infringement of NIKE's trade dress in the designs of the shoe uppers of the Air Jordan VII, XI, XII, and XIII shoes;

14

4.      NFN acknowledges that its offers to sell and/or sales of certain shoes, including those bearing model names "Cease," "Desisto," "Santo," and "Diablo," infringe the NIKE Design Patents and/or trade dress rights;

5.      NFN is permanently enjoined and prohibited from making, using, selling, offering to sell, and/or importing into the United States its shoes bearing model names "Cease," "Desisto," "Santo," and "Diablo," and all colorable imitations thereof, and shall not induce others to make, use, sell, or offer to sell such products, or cause such products to be imported into the United States;

6.      Each party shall bear its own costs and attorney fees; and

///

///

///

15

8.     This Order represents a final adjudication of all claims, counterclaims, and

defenses that were, or could have been, brought between NIKE and NFN in this case.

This Order is intended to be final and shall bind NIKE and NFN, and their affiliates and

successors on all issues that were or could have been litigated in this proceeding.

Entered: ____6/17/____, 2008          _____
                                      R. Gary Klausner
                                      United States District Judge

Agreed to:

NIKE, Inc.                            Not For Noth'N LLC

By: _____         By: _____
    William C. Rooklidge                  Peter Ajlouny
    Alyson G. Barker                      LAW OFFICE OF PETER AJLOUNY
    HOWREY LLP                            4211 Chaboya Road
    4 Park Plaza, Suite 1700              San Jose, California 95148
    Irvine, California 92614              Telephone: (408) 528-0055
    Telephone: (949) 721-6900            Facsimile:  (408) 516-8993
    Facsimile: (949) 721-6910

Bobby A. Ghajar
HOWREY LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071-2627
Telephone: (213) 892-1800
Facsimile: (213) 892-2300